**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7791

NEAPOLEON JUAN FREEMAN,

Plaintiff - Appellant,

versus

MARK WARNER, Governor; RONALD J. ANGELONE,
Director, Department of Corrections; KALVIN
LOVDA WEBB; MARCQUES JERMANE WHORLEY,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-04-1196)

Submitted: June 22, 2005                    Decided: July 28, 2005

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Neapoleon Juan Freeman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Neapoleon Juan Freeman appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous under 28 U.S.C. § 1915A(b) (2000).  We have reviewed the record and find that this appeal is frivolous.  Accordingly, we dismiss the appeal for the reasons stated by the district court.  See Freeman v. Warner, No. CA-04-1196 (E.D. Va. Oct. 21, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED